1

2

3

4                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**

5                                  * * *

6    Paris Morton,                           Case No. 2:23-cv-00818-JAD-DJA

                        Plaintiffs,
7                                                       **Order**

           v.
8
     dba Pigeonly; Las Vegas Metropolitan Police
9    Department,

10                      Defendants.

11

12         Before the Court is pro se Plaintiff Paris Morton's motion to extend the discovery

13   deadlines.  (ECF No. 30).  Plaintiff filed her motion on May 22, 2025, before the June 5, 2025,

14   discovery deadline passed.  Plaintiff asserts that she is still learning how to litigate her case and

15   how to serve discovery requests and so needs additional time.  Defendant Las Vegas Metropolitan

16   Police Department ("LVMPD") opposes the motion, pointing out that the Court entered its first

17   scheduling order in November of 2024, and so, Plaintiff had since then to learn about and serve

18   her discovery requests, but did not.  Plaintiff did not file a reply.

19         Defendant has the more compelling argument.  Under Federal Rule of Civil Procedure

20   16(b)'s good cause standard, the Court considers the diligence of the party seeking the

21   amendment.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  The

22   district court may modify the pretrial schedule "if it cannot reasonably be met despite the

23   diligence of the party seeking the extension."  *Id.* (citing Fed. R. Civ. P. 16 advisory committee's

24   notes (1983 amendment)).  Here, Plaintiff has not demonstrated diligence because, although she

25   asserts that she has been learning how to serve discovery, she has not explained why she is only

26   now conducting this research when discovery has been open since November of 2024.  This is

27   especially true because LVMPD points out that it has served discovery requests on Plaintiff but

28

1  Plaintiff has not made similar efforts.  The Court will therefore deny her motion without

2  prejudice, meaning that she may file a renewed motion if she can demonstrate diligence.

3

4      **IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 30) is

5  **denied without prejudice.**

6      **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff

7  a copy of this order.

8

9      DATED: September 5, 2025

10

11                                     DANIEL J. ALBREGTS
                                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28