**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Paris Morton, | Case No.: 2:23-cv-00818-JAD-DJA |
| Plaintiff | |
| v. | **Order Dismissing Claims against Remaining Defendant Pigeonly and Closing Case** |
| Las Vegas Metropolitan Police Department and Pigeonly, | |
| Defendants | |

Pro se plaintiff Paris Morton claims that her First Amendment right to receive mail as a pretrial detainee at the Clark County Detention Center was violated by the facility's inmate-mail management company, Pigeonly, which was the third-party vendor to whom the Las Vegas Metropolitan Police Department (Metro) outsourced that responsibility for a period of time. She alleges that her personal mail and money orders were delayed or outright not delivered and that she has lost relationships because she could not reliably receive or respond to correspondence.

Although this case is more than three years old, Pigeonly has not yet been served. So on March 25, 2026, I ordered Morton to show cause in writing by April 24, 2026, why the claim against Pigeonly should not be dismissed for want of service.[1] That deadline passed without response or request to extend the deadline to provide one. As I explained in my prior order, Federal Rule of Civil Procedure (FRCP) 4(m) requires this court to dismiss Morton's claim against Pigeonly unless she shows good cause for the failure to serve Pigeonly and excusable neglect for failing to move to extend the service deadline. Because Morton has not made such a showing or responded to my order to show cause, IT IS ORDERED that the claim against

---

[1] ECF No. 46.

**Pigeonly is DISMISSED** under FRCP 4(m) for lack of service, and Pigeonly is TERMINATED as a party to this case.  Because this dismissal leaves no claims or parties, the Clerk of Court is directed to **ENTER FINAL JUDGMENT against the plaintiff and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 30, 2026